THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FRANOV, Appellant. [927 NYS2d 795]—

The matter having been remitted to us for further proceedings in accordance with CPL 470.25 (2) (d) and 470.40 (2) (b), the facts have been considered and are determined to have been established. Mastro, J.P., Leventhal, Lott and Austin, JJ., concur.